# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3055

_____

United States of America,

        Appellee,

    v.

Theodore Tiger, Jr., also known as
Abdullah,

        Appellant.

_____

No. 10-3121

_____

United States of America,

        Appellee,

    v.

Theodore Tiger, Jr.,

        Appellant.

Appeals from the United States
District Court for the
Western District of Missouri.

[UNPUBLISHED]

_____

Submitted: September 30, 2011
Filed: October 5, 2011

_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

A jury found Theodore Tiger guilty of conspiring to distribute more than 5 grams of cocaine base (crack), in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846 (Count 1); distributing 5 grams or more of crack, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B) (Counts 2-3); and being a felon in possession of firearms, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Count 4). The district court[1] sentenced him to concurrent prison terms of 135 months on Counts 1-3 and 120 months on Count 4, and 8 years of supervised release. Finding that by these offenses Tiger had violated the terms of the supervised release he was already serving, the court also revoked the earlier imposed supervised release and sentenced him to 24 months in prison, to be served consecutively to the 135-month sentence.

In these consolidated appeals, Tiger's counsel moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), and Tiger moved to have new counsel appointed. After we reviewed the record independently pursuant to Penson v. Ohio, 488 U.S. 75 (1988), we granted counsel's motion to withdraw, granted Tiger's motion for appointment of new counsel, and directed the parties to brief the issue of whether there was sufficient evidence to support the drug-conspiracy conviction. After careful review of the arguments advanced by both parties, and viewing the evidence in a light most favorable to the jury's verdict and accepting all reasonable inferences that support the verdict, we conclude that there was sufficient evidence to support the drug-conspiracy conviction. See United States v. Hernandez, 569 F.3d 893, 896 (8th Cir. 2009).

Accordingly, we affirm the judgments of the district court.

---

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.